JS 44 (Rev. 11/15)

# CIVIL COVER SHEET

County in which action arose: Oakland

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS

HANTZ SOFTWARE, LLC, a Michigan limited liability company

**DEFENDANTS**

SAGE SOFTWARE, INC., a Virginia corporation

**(b)** County of Residence of First Listed Plaintiff   Oakland
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant _____
               *(IN U.S. PLAINTIFF CASES ONLY)*
NOTE:   IN LAND CONDEMNATION CASES, USE THE LOCATION OF
         THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
David J. Shea - SHEA AIELLO, PLLC
26100 Amerian Drive, 2nd Floor
Southfield, Michigan 48034  248-354-0224

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

| | | |
|---|---|---|
| ☐ 1 | U.S. Government Plaintiff | ☒ 3 Federal Question *(U.S. Government Not a Party)* |
| ☐ 2 | U.S. Government Defendant | ☐ 4 Diversity *(Indicate Citizenship of Parties in Item III)* |

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff*
*(For Diversity Cases Only)*                         *and One Box for Defendant)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated *or* Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 365 Personal Injury - | ☐ 690 Other | ☐ 423 Withdrawal | ☐ 376 Qui Tam (31 USC |
| ☐ 130 Miller Act | ☐ 315 Airplane Product |     Product Liability | |     28 USC 157 |     3729 (a)) |
| ☐ 140 Negotiable Instrument |     Liability | ☐ 367 Health Care/ | | | ☐ 400 State Reapportionment |
| ☐ 150 Recovery of Overpayment | ☐ 320 Assault, Libel & |     Pharmaceutical | | **PROPERTY RIGHTS** | ☐ 410 Antitrust |
|    & Enforcement of Judgment |     Slander |     Personal Injury | | ☐ 820 Copyrights | ☐ 430 Banks and Banking |
| ☐ 151 Medicare Act | ☐ 330 Federal Employers' |     Product Liability | | ☒ 830 Patent | ☐ 450 Commerce |
| ☐ 152 Recovery of Defaulted |     Liability | ☐ 368 Asbestos Personal | | ☐ 840 Trademark | ☐ 460 Deportation |
|    Student Loans | ☐ 340 Marine |     Injury Product | | | ☐ 470 Racketeer Influenced and |
|    (Excludes Veterans) | ☐ 345 Marine Product |     Liability | **LABOR** | **SOCIAL SECURITY** |     Corrupt Organizations |
| ☐ 153 Recovery of Overpayment |     Liability | **PERSONAL PROPERTY** | ☐ 710 Fair Labor Standards | ☐ 861 HIA (1395ff) | ☐ 480 Consumer Credit |
|    of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 370 Other Fraud |     Act | ☐ 862 Black Lung (923) | ☐ 490 Cable/Sat TV |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle | ☐ 371 Truth in Lending | ☐ 720 Labor/Management | ☐ 863 DIWC/DIWW (405(g)) | ☐ 850 Securities/Commodities/ |
| ☐ 190 Other Contract |     Product Liability | ☐ 380 Other Personal |     Relations | ☐ 864 SSID Title XVI |     Exchange |
| ☐ 195 Contract Product Liability | ☐ 360 Other Personal |     Property Damage | ☐ 740 Railway Labor Act | ☐ 865 RSI (405(g)) | ☐ 890 Other Statutory Actions |
| ☐ 196 Franchise |     Injury | ☐ 385 Property Damage | ☐ 751 Family and Medical | | ☐ 891 Agricultural Acts |
| | ☐ 362 Personal Injury - |     Product Liability |     Leave Act | | ☐ 893 Environmental Matters |
| |     Medical Malpractice | | ☐ 790 Other Labor Litigation | | ☐ 895 Freedom of Information |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 791 Employee Retirement | **FEDERAL TAX SUITS** |     Act |
| ☐ 210 Land Condemnation | ☐ 440 Other Civil Rights | **Habeas Corpus:** |     Income Security Act | ☐ 870 Taxes (U.S. Plaintiff | ☐ 896 Arbitration |
| ☐ 220 Foreclosure | ☐ 441 Voting | ☐ 463 Alien Detainee | |     or Defendant) | ☐ 899 Administrative Procedure |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment | ☐ 510 Motions to Vacate | | ☐ 871 IRS—Third Party |     Act/Review or Appeal of |
| ☐ 240 Torts to Land | ☐ 443 Housing/ |     Sentence | |     26 USC 7609 |     Agency Decision |
| ☐ 245 Tort Product Liability |     Accommodations | ☐ 530 General | | | ☐ 950 Constitutionality of |
| ☐ 290 All Other Real Property | ☐ 445 Amer. w/Disabilities | ☐ 535 Death Penalty | **IMMIGRATION** | |     State Statutes |
| |     Employment | **Other:** | ☐ 462 Naturalization Application | | |
| | ☐ 446 Amer. w/Disabilities | ☐ 540 Mandamus & Other | ☐ 465 Other Immigration | | |
| |     Other | ☐ 550 Civil Rights |     Actions | | |
| | ☐ 448 Education | ☐ 555 Prison Condition | | | |
| | | ☐ 560 Civil Detainee - | | | |
| | |     Conditions of | | | |
| | |     Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

| | | | | | |
|---|---|---|---|---|---|
| ☒ 1 Original Proceeding | ☐ 2 Removed from State Court | ☐ 3 Remanded from Appellate Court | ☐ 4 Reinstated or Reopened | ☐ 5 Transferred from Another District *(specify)* | ☐ 6 Multidistrict Litigation |

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
28 U.S.C. §1331 and 28 U.S.C. §1338(a)
Brief description of cause:
Patent Infringement

## VII. REQUESTED IN COMPLAINT:

☐ CHECK IF THIS IS A **CLASS ACTION** UNDER RULE 23, F.R.Cv.P.

DEMAND $ _____

CHECK YES only if demanded in complaint:
JURY DEMAND: ☒ Yes ☐ No

## VIII. RELATED CASE(S) IF ANY

*(See instructions):*

JUDGE _____     DOCKET NUMBER _____

DATE
May 31, 2018

SIGNATURE OF ATTORNEY OF RECORD

**FOR OFFICE USE ONLY**

RECEIPT # _____   AMOUNT _____   APPLYING IFP _____   JUDGE _____   MAG. JUDGE _____

PURSUANT TO LOCAL RULE 83.11

1.  Is this a case that has been previously dismissed?        ☐ Yes
                                                              ☒ No

If yes, give the following information:

Court: _____

Case No.: _____

Judge: _____


2.  Other than stated above, are there any pending or previously
    discontinued or dismissed companion cases in this or any other      ☐ Yes
    court, including state court? (Companion cases are matters in which  ☒ No
    it appears substantially similar evidence will be offered or the same
    or related parties are present and the cases arise out of the same
    transaction or occurrence.)

If yes, give the following information:

Court: _____

Case No.: _____

Judge: _____


Notes :

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| HANTZ SOFTWARE, LLC, a Michigan limited liability company | Case No.: |
| Plaintiff | Honorable |
| v. | Magistrate Judge |
| SAGE SOFTWARE, INC., a Virginia corporation | |
| Defendant. | **DEMAND FOR JURY TRIAL** |

## COMPLAINT FOR PATENT INFRINGEMENT

1

Plaintiff, Hantz Software, LLC ("HANTZ") complains and alleges against Defendant, Sage Software, Inc. ("SAGE") as follows:

## NATURE OF THE ACTION

1.     This is a civil action arising under the Patent Laws of the United States, Title 35, United States Code, for patent infringement of U.S. Patent No. 8,150,745 ("the '745 patent") under 35 U.S.C. §271 and other provisions of the U.S. Patent Act, 35 U.S.C. §101 et seq.

2.     The '745 patent was issued by the U.S. Patent & Trademark Office (PTO) on April 3, 2012, based on a regular utility patent application filed on August 3, 2009 and a provisional patent application filed on August 1, 2008 for a Multi-Company Business Accounting System And Method For Same Including Journals.

## THE PARTIES

3.     Plaintiff, Hantz Software, LLC ("HANTZ"), is a Michigan limited liability company with its principal place of business at 26200 American Drive, 5th Floor, Southfield, Michigan 48034, is a provider and seller of multiple company accounting software and systems, and is the owner of all, right, title, and interest in and to the '745 patent shown at Exhibit A hereto based upon filings and records before the U.S. Patent & Trademark Office ("PTO").

4.     HANTZ is a single-member limited liability company. Hantz Group, Inc., a Michigan corporation in good standing, is the sole member of HANTZ with its principal place of business in Oakland County, Michigan.

5.      On information and belief, Defendant, Sage Software, Inc. ("SAGE"), is a Virginia corporation with a principal place of business located at 271 17th Street NW, Suite 1100, Atlanta, Georgia  30363 and is a provider and seller of multiple company accounting software and systems.

## JURISDICTION, VENUE, AND PROCEDURAL MATTERS

6.      This action arises under the Patent Laws of the United States of America, Title 35 of the United States Code (35 U.S.C. §101 et seq.).  This Court has exclusive jurisdiction over the subject matter of this action pursuant to 28 U.S.C. §1331 (federal question) and 28 U.S.C. §1338(a) (any Act of Congress relating to patents or trademarks).

7.      This Court has personal jurisdiction over SAGE because, upon information and belief, SAGE has made continuous and systematic contacts with the State of Michigan, and particularly because SAGE has committed and continues to commit acts of infringement in violation of 35 U.S.C. §271 within the Eastern District of Michigan and placing infringing products into the stream of commerce, with the knowledge or understanding that such products are sold or used in the State of Michigan, including within this judicial District.  The acts by SAGE cause injury to HANTZ within this judicial District.

8.      Venue is proper in this District under 28 U.S.C. §1391(b) and (c) because a substantial part of the events or omissions giving rise to this action have occurred and/or will occur within this District and because SAGE transacts

business within this District and offers for sale in this District products that infringe the '745 patent.

## BACKGROUND

9.      HANTZ was founded in Michigan by leaders in the business and computer software industry to develop and provide multiple company accounting software products, platforms, systems, and solutions to manage, service, and track a wide array of financial data and information, including the "journalizing" of financial information. HANTZ provides professional services, proprietary products, and patented software solutions to its customers, such as the '745 patent directed to a Multi-Company Business Accounting System And Method For Same Including Journals for its customers and clients located throughout the United States.

10.      HANTZ is the legal assignee and owner of all, right, title, and interest in and to the '745 patent shown at Exhibit A hereto based upon filings and records before the U.S. Patent & Trademark Office (PTO) and has invested significant resources in the creation, development and protection of this patented computer implemented method and medium.

11.      Due to the superior performance of the HANTZ deliverables, methods, and products comprising the '745 patent, HANTZ has attracted attention from many customers and has met with unexpected success.

12.      Rather than innovate and develop its own methodologies, computerized systems, and/or technologies, on information and belief, SAGE has chosen to copy HANTZ's patented computer-implemented methods and computer-

implemented storage mediums set forth in the '745 patent by adopting, offering, and selling its own Multiple Company Accounting Software products and systems in violation of at least the '745 patent.

13.     SAGE'S infringement of the '745 patent provides SAGE with unique benefit and functionality for its products that is the result of HANTZ's innovation, not that of SAGE.  SAGE has not obtained permission from HANTZ to use any aspect of the patented HANTZ invention set forth in at least the '745 patent.

## COUNT I

## Infringement Of The '745 Patent

14.     HANTZ re-alleges and incorporates by reference the allegations in paragraphs 1 to 12.

15.     This claim arises under the Patent Laws of the United States, 35 U.S.C. § 1 et seq. and the '745 patent which is issued, valid, and in force before the U.S. Patent & Trademark Office.

16.     SAGE has infringed and continues to infringe, directly and indirectly through contributory and/or induced infringement, one or more claims of the '745 patent by using, selling and/or offering to sell in the United States and/or importing into the United States, one or more multiple company accounting software products, platforms, and/or systems.  SAGE's activities violate 35 U.S.C. §271.

17.     HANTZ is informed and believes, and on that basis alleges, that SAGE's infringement of the '745 patent has been and continues to be intentional, willful, and without regards to HANTZ's rights.

18.     HANTZ is informed and believes and on that basis alleges, that SAGE has gained profits by virtue of its infringement of the '745 patent.

19.     By reason of the foregoing, HANTZ has sustained damages as a direct and proximate result of SAGE's infringement of the '745 patent.

20.     HANTZ will suffer and is suffering irreparable harm from SAGE's infringement of the '745 patent.  HANTZ has no adequate remedy at law and is entitled to an injunction against SAGE's continuing infringement of the '745 patent.  Unless enjoined, SAGE will continue its infringing conduct.

## PRAYER FOR RELIEF

HANTZ requests that the Court enter judgment in its favor and against SAGE and provide HANTZ relief at least as follows:

1. A judgment that the asserted '745 patent is valid and enforceable;

2. A judgment that SAGE has infringes, contributorily infringed, and/or induced infringement of one or more of the claims of the '745 patent;

3. An order and judgment preliminarily and permanently enjoining SAGE and its officers, directors, agents, servants, employees, affiliates, attorneys, and all others acting in privity or concert with them, and their parents, subsidiaries, divisions, successors and assigns from further acts of infringement of the asserted '745 patent;

4. A judgment awarding HANTZ all damages adequate to compensate for SAGE'S infringement of HANTZ'S asserted '745 patent, and in no event less than a reasonable royalty for SAGE'S acts of infringement, including all

pre-judgment and post-judgment interest at the maximum rate permitted by law;

5.  A judgment awarding HANTZ all damages, including treble damages, based on any infringement found to be willful, pursuant to 35 U.S.C. §284, together with prejudgment interest;

6.  A judgment awarding HANTZ all of SAGE'S profits, pursuant to 35 U.S.C. §289 together with prejudgment interest;

7.  Actual damages suffered by HANTZ as a result of SAGE'S unlawful conduct, in an amount to be proven at trial, as well as prejudgment interest authorized by law;

8.  A judgment that this is an exceptional case and an award to Apple of its costs and reasonable attorneys' fees incurred in this action pursuant to 35 U.S.C. §285; and

9.  Such other relief as this Court deems just and proper.

<u>JURY DEMAND</u>

Plaintiff demands a trial by jury on issues so triable.


Dated:  May 31, 2018                                    /s/ David J. Shea
                                                        David J. Shea (P41399)
                                                        SHEA AIELLO PLLC
                                                        26100 American Drive #2
                                                        Southfield, Michigan 48034
                                                        Telephone: (248) 354-0224
                                                        E-mail: david.shea@sadplaw.com

Dated:  May 31, 2018                    /s/ Jeffrey P. Thennisch

                                        Jeffrey P. Thennisch (P51499)
                                        LORENZ & KOPF LLP
                                        1050 Wilshire Drive, Suite 230
                                        Troy, Michigan 48084
                                        Telephone: (480) 361-0473
                                        E-mail: jeff@lkglobal.com

                                        *Attorneys for Plaintiff*